IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY MIDDLETON, Individually and on
Behalf of All Others Similarly Situated                                         PLAINTIFFS

VS.                                   NO. 4:18-cv-18-4112

HEMPSTEAD COUNTY, ARKANSAS                                                      DEFENDANT

### RENEWED MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, Hempstead County, Arkansas, and for its Motion for Summary Judgment, states:

1. The Plaintiff, Gary Middleton, filed his Complaint in this case on August 1, 2018 asserting Defendant violated the FLSA and AMWA for failure to pay overtime and wages to an alleged group of individuals, roughly fifty (50), who were similarly situated. Plaintiffs claims were thereafter certified as a collective action, and Plaintiff filed "opt-ins" on behalf of Alvis Mills and Charles Maxwell. Docs. ## 1, 23, and 25.

2. For the reasons set forth in the accompanying brief in support, statement of facts, including all exhibits, which are adopted and incorporated herein as if set forth word for word, the Defendant is entitled to summary judgment as a matter of law.

Wherefore, the Defendant respectfully requests that it be granted summary judgment, the decertification of the collective action, and/or other proper relief.

Respectfully submitted,

Hempstead County, Arkansas,
*Defendant*

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address: 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
Email: owens@jowenslawfirm.com