IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY MIDDLETON, Individually
and on Behalf of All Others Similarly Situated                                    PLAINTIFF

v.                             Case No. 4:18-cv-4112

HEMPSTEAD COUNTY, ARKANSAS                                                        DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 44. Plaintiff has filed a response. ECF No. 46. Defendant has filed a reply. ECF No. 48. The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment (ECF No. 44) should be and hereby is **GRANTED**. Plaintiffs' claims pursuant to the Fair Labor Standards Act are **DISMISSED WITH PREJUDICE**. Plaintiff Middleton's claims pursuant to the Arkansas Minimum Wage Act are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge